IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Lisa Hoffert                                )
                                            )
                                            )
                                            )
                                            )
                                         ,  )
                                            )
        Plaintiff(s),                       )
                                            )
    v.                                      )
                                            )
                                            )     Civil Action No. 3:08-cv-02100
Alvernia College                            )
                                            )
                                            )
                                            )
_____,            )
                                            )
        Defendant(s)/                       )
        Third-Party Plaintiff(s),           )
                                            )
    v.                                      )
                                            )
                                            )
                                            )
                                            )
                                            )
                                         ,  )
                                            )
        Third-Party Defendant(s).           )
_____             )

DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1
(Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, __Defendant_____,
                                                               (type of party)
who is __Alvernia College_____, makes the following disclosure:
        (name of party)

Page 1 of 2

1. Is the party a non-governmental corporate party?

   ☒ YES   ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

There is no such corporation.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

There is no such corporation.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/S/ Michael J. Crocenzi, Esq.
Signature of Counsel for Party

Date: 1/20/09